FILED

01/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0257

_____

TONY C. PHIPPS and MINDY L. PHIPPS,

    Plaintiffs and Appellants,

   v.

                                         O R D E R

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY; SECURITY TITLE
ABSTRACT COMPANY; and JOHN DOES I-V,

    Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2021